UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMMINS GOLD CORP.,<br><br>               Plaintiff,<br><br>         v.<br><br>SENTRY SELECT CAPITAL CORP.,<br>SENTRY INVESTMENTS INC., and<br>SENTRY PRECIOUS METALS GROWTH<br>FUND,<br><br>               Defendants. | Civil Action No. 14-cv-01063 (RC) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, Plaintiff Timmins Gold Corp., hereby dismisses this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  Washington, D.C.
         July 2, 2014

                                          PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP

                                          By: /s/ Charles E. Davidow
                                                Charles E. Davidow
                                                (D.C. Bar No. 331702)

                                          2001 K Street, NW
                                          Washington, DC 20006-1047
                                          Telephone: (202) 223-7380
                                          Fax: (202) 223-7426
                                          cdavidow@paulweiss.com

                                          PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP

                                          Moses Silverman (D.C. Bar No. 364441)
                                          Robert N. Kravitz (*pro hac vice* admitted)

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax:  (212) 757-3990
msilverman@paulweiss.com
rkravitz@paulweiss.com

*Attorneys for Plaintiff Timmins Gold Corp.*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on July 2, 2014, I caused to be electronically filed a copy of the foregoing Notice of Voluntary Dismissal with Prejudice using the Court's CM/ECF system, and service was effected by FedEx and email to Peter Carter of Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402-1498 (Carter.Peter@dorsey.com), who has identified himself as counsel for Defendants Sentry Select Capital Corp., Sentry Investments Inc., and Sentry Precious Metals Growth Fund in this matter.

            /s/ Charles E. Davidow
            Charles E. Davidow
            (D.C. Bar No. 331702)